Form 7A-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 7A**

CAVAGNA NORTH AMERICA, INC.,

Plaintiff,

v.

UNITED STATES, U.S. CUSTOMS AND BORDER PROTECTION,
and RODNEY S. SCOTT, in his official capacity as Commissioner of
U.S. Customs and Border Protection,

Defendant.

Court No. 26-01937

**NOTICE OF DISMISSAL**

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: 3/18/2026

/s/ Andrew T. Schutz
_____
Signature of Plaintiff's Attorney

Andrew T. Schutz
_____
Attorney for Plaintiff

GRUNFELD, DESIDERIO, LEBOWITZ SILVERMAN & KLESTADT LLP
_____
Firm

1201 New York Ave., NW, Ste. 650
_____
Street Address

Washington, DC 20005
_____
City, State and Zip Code

(202) 783-6881
_____
Telephone Number

aschutz@gdlsk.com
_____
E-mail Address

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk